# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL     rkaplan@kaplanhecker.com

June 5, 2024

**BY CM/ECF**

The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:     *Town of Hempstead v. Triborough Bridge and Tunnel Auth.*, No. 24 Civ. 3263 (E.D.N.Y.) (ARL)

Dear Judge Lindsay:

We write on behalf of the Metropolitan Transportation Authority ("MTA") in the above-captioned case to inform the Court that Governor Hochul has directed the MTA to pause implementation of the Manhattan Central Business District Congestion Pricing Program (the "Program") under state law. As a result, at this time, we no longer anticipate implementation of the Program on the prior expected implementation date of June 30, 2024. We will keep the Court apprised of any further information as it develops. Of course, we also would be happy to answer any questions that the Court may have.

Respectfully submitted,

Roberta A. Kaplan

cc: Mark A. Chertok and Elizabeth Knauer