United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**2:24-CV-08121(AMD)(SIL)**

1) indicated that this case is related to the following case(s):

2:24-cv-03263(JMA)(ARL)